UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

JAIME A. DAVIDSON,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　Criminal No.: 92-CR-35(DNH)
　　　　　　Petitioner,　　　　　　　)　Civil No.: 5:00-CV-869(DNH)
　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　Respondent.　　　　　　　)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 1 5 2019
AT____ O'CLOCK____
John M. Domurad, Clerk - Utica

NOTICE OF APPEAL

　　　NOW COMES, the Petitioner, Jaime A. Davidson, pro se, (and being referred to herein as Petitioner/Mr. Davidson), respectfully giving "NOTICE" of Petitioner's claim(s) to appeal, to this Honorable District Court, Second Circuit Court of Appeals from the "TEXT ORDER APPLICATION DENYING IN ALL RESPECTS:" [(352) APPLICATION for Ex Parte Hearing and Appointment of Counsel by Jaime A. Davidson], and rendered against the Petitioner on April 2nd, 2019 (and mailed to Mr. Davidson by the Clerk's Office on April 3rd, 2019), by the Honorable David N. Hurd, D.J.

　　　Signed on this ___9___ day of April, 2019.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jaime A. Davidson, pro se
　　　　　　　　　　　　　　　　　　Reg. No. 37593-053 (Unit 1-A Lower/15A)
　　　　　　　　　　　　　　　　　　FCI Williamsburg
　　　　　　　　　　　　　　　　　　P.O. Box 340
　　　　　　　　　　　　　　　　　　Salters, S.C. 29590

## CERTIFICATE OF SERVICE

I, Jaime A. Davidson, hereby certify that I have served a true and correct copy of the foregoing:

<u>NOTICE OF APPEAL</u>

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

    Mr. John G. Duncan, Esq.
    Exec. Assistant U.S. Attorney
    900 Federal Building
    P.O. Box 7198
    Syracuse, N.Y. 13261-7198

and deposited same in the United States Postal Mail at the United States Penitentiary.

Signed on this __9__ day of __APRIL__, 2019.

Respectfully Submitted.

*Jaime A. Davidson*
Jaime A. Davidson, pro se

REG. NO. 37593-053
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590

Name: JAIME A. SIMPSON
Register Number: 37593-053 (UNIT 1-ALow/21SLow)
F.C.I. Williamsburg
Inmate Mail
P. O. Box 340
Salters, SC 29590

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
APR 15 2019
RECEIVE

Legal Mail

⇔37593-053⇔
District Court Of The U S
Hon. David N. Hurd, D.J.
10 Broad ST
Alexander Pirnie Fed Bldg
Utica, NY 13501-1233
United States

CERTIFIED MAIL