5:92cr35

## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** Davidson v. United States

**DOCKET NUMBER:** 19-994

**COUNSEL'S NAME:** Jaime A. Davidson, Pro-Se. (#37593-053)

**COUNSEL'S ADDRESS:** F.C.I.-Williamsburg/P.O. Box-340 Salters, S.C. 29590

**COUNSEL'S PHONE:**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY 28 2019
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Utica

### QUESTIONNAIRE

☐ I am ordering a transcript.

☒ I am not ordering a transcript. Reason: ☒ Daily copy available ☐ U.S. Atty. placed order
☐ Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

☐ Pre-trial proceedings: N/A (Description & Dates)

☐ Trial: N/A (Description & Dates)

☐ Sentencing: N/A (Description & Dates)

☐ Post-trial proceedings: N/A (Description & Dates)

I, _____ (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds ☐ CJA Form 24

_Jaime A. Davidson_ PRO-SE   MAY 23, 2019
Counsel's Signature   Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____   Estimated Number of Pages: _____

Estimated completion date: _____

_____   _____
Court Reporter's Signature   Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

DAVIDSON

v.

UNITED STATES

**CERTIFICATE OF SERVICE***

Docket Number: 19-994

I, JAIME A. DAVIDSON, hereby certify under penalty of perjury that
(print name)
on MAY 23, 2019, I served a copy of CRIMINAL APPEAL
(date)
TRANSCRIPT INFORMATION — FORM B
(list all documents)

by (select all applicable)**

___ Personal Delivery     ✓ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| U.S. DISTRICT CT. (N.D.N.Y.) | 10 BROAD ST. | UTICA | N.Y. | 13501-1233 |
| SECOND CIRCUIT CT. OF APPEALS | 40 FOLEY SQUARE | NEW YORK | N.Y. | 10007 |
| STEVEN CLYMER (AUSA) | 100 SOUTH CLINTON ST. | SYRACUSE | N.Y. | 13261 |
| EILEEN McDONOUGH (CT. REPORTER) | 100 SOUTH CLINTON ST. | SYRACUSE | N.Y. | 13261 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

MAY 23, 2019
Today's Date

Jaime A. Davidson
Signature

Certificate of Service Form (Last Revised 12/2015)

JAIME H. DAVIDSON
REG. NO. 37593-053 (Unit 1-A Low/#213 Low)
FEDERAL CORRECTIONAL INSTITUTION-WILLIAMSBURG
P.O. BOX-340
SALTERS, S.C. 29590

LEGAL MAIL

◇ 37593-053 ◇
District Court Of The U S
Hon. David N. Hurd, D.J.
10 Broad ST
Alexander Pirnie Fed Bldg
Utica, NY 13501-1233
United States

RECEIVED
MAY 28 2019
U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

PURPLE HEART
FOREVER USA