UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# SUPPLEMENTAL ELECTRONIC NOTICE OF CRIMINAL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on April 15, 2019 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s): ___

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 28th day of May, 2019.

John M. Domurad, Clerk
U.S. District Court


By:   s/Kathy Rogers
      Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | USA v. Jaime A. Davidson   5:92-cr-35 |
| Docket No. of Appeal: | 354 |
| Document Appealed: | 353 |

Filed USCA Form B at Docket No. 356. Defendant should file all Circuit forms directly with the Circuit.

Fee Status:   Paid ___   Due ___   Waived (IFP/CJA) X

Counsel:   CJA ___   Retained ___   Pro Se X

Time Status:   Timely ___   Untimely ___