**MANDATE**

N.D.N.Y.
92-cr-35
Hurd, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of September, two thousand nineteen.

Present:
    Robert A. Katzmann,
        *Chief Judge,*
    John M. Walker, Jr.,
    Michael H. Park,
        *Circuit Judges.*

United States of America,

    *Appellee*,

v.                             19-994

Robert Lawrence, AKA Robert Julian, AKA Bam Bam, et al.,

    *Defendants*,

Jaime A. Davidson, AKA Stringer, AKA Andrew Brown, AKA Jamie Davidson,

    *Defendant-Appellant*.

Appellant, pro se, moves for appointment of Criminal Justice Act counsel and for an "ex parte in camera hearing." Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/10/2019